UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NUMBER: 17-6565 |
| AMY'S COUNTRY CANDLES, L.L.C. | SECTION: "R"(5) |

**ORDER SCHEDULING PRELIMINARY CONFERENCE**

A preliminary conference will be held by telephone on October 26, 2017 at 10:00 a.m. for the purpose of scheduling a pre-trial conference and trial on the merits and attendant cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Cherie Charles (504-589-7703).

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall notify the undersigned, at efile-north@laed.uscourts.gov., as to whether they are willing to proceed to trial before the Magistrate Judge pursuant to 28 U.S.C. §636(c).

New Orleans, Louisiana, this 10th day of October, 2017.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF FED.R.CIV.P. 26(a)(1) AND 26(f) AND LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF FED.R.CIV.P. 7.1 AND LOCAL RULE 5.6E.

COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.

## **NOTICE**

COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

## IMPORTANT NOTICE TO COUNSEL

## COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?

4. Have the corporate parties filed their corporate disclosure statements?