UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 17-6565 |
| AMY'S COUNTRY CANDLES, LLC. | SECTION "R" (5) |

## ORDER AND REASONS

Before the Court is the parties' joint motion to stay proceedings and to continue the discovery deadline, the pretrial conference, and the trial date.[1] The Court denies the motion, but continues the discovery deadline to September 14, 2018.

Federal Rule of Civil Procedure 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S & W Enter., LLC v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted).

---

[1] R. Doc. 25.

The parties seek to stay proceedings and continue the remaining deadlines so that they can finalize a settlement agreement.[2] The parties have not provided good cause to continue the trial date. But the Court finds good cause to continue the discovery deadline to September 14, 2018. This short continuance will provide the parties sufficient time to both attempt to finalize a settlement agreement and complete any remaining discovery in the event a settlement cannot be reached.

For the foregoing reasons, the joint motion is DENIED. Depositions for trial use shall be taken and all discovery shall be completed no later than **September 14, 2018**. All other dates and deadlines in the Court's scheduling order[3] remain in effect.

New Orleans, Louisiana, this __17th__ day of August, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] *Id.* at 1.
[3] R. Doc. 11.